MT: Stacy

This is a statement of earnings and deductions. This pay statement is non-negotiable.

1019 Route 519

Eighty Four, PA 15330

**Pay statement**
Period start date 10/16/2010
Period end date 10/29/2010
Pay date 11/05/2010
Document 748288
Net pay $1,635.13

## Message

"Is Is currently Open Enrollment Period! All changes must be made by November 24, 2010."

## Pay details

| SHANE KOBER<br>142 N PEACH ST<br>SANTAQUIN, UT<br>84655<br>USA | Employee number<br>SSN<br>Job<br>Pay rate<br>Pay frequency | 000028811<br>xxx-xx-xxxx<br>MGR<br>$24.01<br>Biweekly | Pay group<br>Location<br>Region<br>Area<br>Store/Dept.<br>Coordinator | 84 Lum 96 Hrs NonCorp<br>SPANISH FORK<br>8585 - SOUTHWEST<br>8765 - MOUNTAIN WEST-WEST TEXAS<br>2205 - 2205-SPANISH FORK<br>0001 - Clerk 1 | Federal income tax   M 1<br>State income tax (residence) M 1<br>State income tax (work)   M 1 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| BONUS | 0.0000 | $0.00 | $0.00 | $6,000.88 |
| Holiday STC | 0.0000 | $0.00 | $0.00 | $100.00 |
| Net Profit | 0.0000 | $0.00 | $0.00 | $1,000.00 |
| Salary | 96.0000 | $0.00 | $2,305.38 | $50,208.59 |
| Sick Short Term | 0.0000 | $0.00 | $0.00 | $28.69 |
| Vacation | 0.0000 | $0.00 | $0.00 | $461.08 |
| **Total hours** | 96.0000 | | | |

### Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-tax | Current | YTD |
| Dental - Plan 2 | Yes | $17.79 | $391.38 |
| Insur-M-BFOR | Yes | $160.00 | $3,520.00 |
| LifIns AfterTax | No | $2.77 | $60.94 |
| LifIns B4 Tax | Yes | $2.77 | $60.94 |
| Loan 1 | No | $21.07 | $210.70 |
| Logo Shop | No | $0.00 | $615.81 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Employee Medicare | $30.81 | $780.49 |
| Federal Income Tax | $197.67 | $5,481.59 |
| Social Security Employee Tax | $131.74 | $3,337.27 |
| UT State Income Tax | $105.63 | $2,682.65 |

## Paid time off

### Net pay distribution

| Account number | Account type | Amount |
|---|---|---|
| xxxxxxxxxx8653 | Checking | $1,635.13 |
| Total | | $1,635.13 |

## Pay summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | $2,305.38 | $2,124.82 | $465.85 | $204.40 | $1,635.13 |
| YTD | $57,799.24 | $53,826.92 | $12,282.00 | $4,859.77 | $40,657.47 |

*Originally printed in English*